Dickinson's Estate

*Jerome J. Rothschild*, for exceptants.

*Palmer Watson, Joseph H. Grubb, Jr.*, and *Frederick C. Newbourg, Jr.*, contra.

HENDERSON, J., June 29, 1934.—We have carefully read the record and studied the briefs and are unanimously of opinion that the auditing judge was right in his conclusions and for the reasons given by him.

The exceptions are dismissed, and the adjudication is confirmed absolutely.